

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00779-CR

Paul Anthony **CASTILLO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 9, Bexar County, Texas
Trial Court No. 442717
Honorable Walden Shelton, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED November 26, 2014.

_____
Luz Elena D. Chapa, Justice